■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. SHANNON MARTINEK, Appellant, v MALCOLM CULLY, Superintendent, Livingston Correctional Facility, Respondent. (Appeal No. 2.) [910 NYS2d 751]—Appeal from a judgment of the Supreme Court, Livingston County (Dennis S. Cohen, A.J.), entered April 10, 2009. The judgment dismissed the petition for a writ of habeas corpus.

It is hereby ordered that said appeal is unanimously dismissed without costs.

Same memorandum as in *People ex rel. Mental Hygiene Legal Serv. v Sawyer* (78 AD3d 1653 [2010]). Present—Martoche, J.P., Lindley, Sconiers, Pine and Gorski, JJ.